UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE WILLIAMS COMPANIES, and ROBERT R. WINGO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 25-cv-00304-SEH-SH |
| EQT CORPORATION, | ) ) ) |
| Defendant. | ) |

## NOTICE OF DECISION

Plaintiff The Williams Companies ("Williams") hereby notifies the Court of an October 3, 2025 decision by the United States District Court for the Western District of Pennsylvania in the related case *EQT Corporation v. Robert Wingo*, Case No. 2:25-cv-00832-RJC-CBB, Docs. 42 and 43 (W.D.Pa., Oct. 3, 2025) (the "Pennsylvania Court"). The Pennsylvania Court's Order and Memorandum Opinion are attached hereto as Exhibits 1 and 2. The Pennsylvania Court granted a motion to stay filed by Robert R. Wingo, a Plaintiff in this action and a Defendant in the Pennsylvania Court, and ordered, under "the first-filed rule," that the case pending in the Pennsylvania Court is stayed until this Court (the Northern District of Oklahoma) renders its "decision on the appropriate forum and the validity of the forum-selection clause under the Executive Severance Plan." *See* Ex. 1; *see also e.g.*, NDOK ECF Doc. Nos. 30, 41, 43, 44, 47, 50, addressing validity of forum-selection clause in this Court).

Dated October 7, 2025.

Respectfully Submitted:

*/s/ Paul DeMuro*
Paul DeMuro, OBA 17605
FREDERIC DORWART, LAWYERS PLLC
Old City Hall
124 East 4th Street
Tulsa, OK 74103
(918) 583-9922 – telephone
pdemuro@fdlaw.com

Steven A. Broussard, OBA 12582
Keith A. Wilkes, OBA 16750
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
521 East 2nd Street, Suite 1200
Tulsa, OK 74120
sbroussard@hallestill.com
kwilkes@hallestill.com

***Counsel for Plaintiff,
The Williams Companies***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of October, 2025 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification to all attorneys of record.

*/s/ Paul DeMuro*
Paul DeMuro